MARIE BEATRICE WRIGHT, Respondent, v. R. B. SEMLER, INCORPORATED, and Another, Appellants.— Order denying defendants' motion for a bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

NATIONAL BONDHOLDERS CORPORATION and HENRY K. BURNS, Suing on Their Own Behalf and on Behalf of All Other Creditors Similarly Situated of NATIONAL SURETY COMPANY, and Another, Suing, etc., Respondents, v. WILLIAM B. JOYCE and Others, Defendants, Impleaded with SAMUEL SLOAN, Appellant.— Order denying motion of defendant-appellant, appearing specially, to vacate an order for substituted service of the summons upon said defendant, and to set aside the service of the summons pursuant to said order, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

IDA B. DOYLE, Respondent, v. OTTO KILZ, Appellant.— Order denying defendant's motion to open his default and the inquest taken by the plaintiff unanimously affirmed on filing stipulation to withdraw finding that defendant fraudulently appropriated funds of the partnership, as agreed on argument. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of STEINWENDER, STOFFREGEN & Co., INC., for an Order Directing PHILIP WECHSLER & SON, INC., to Proceed with an Arbitration. STEINWENDER, STOFFREGEN & Co., INC., Respondent; PHILIP WECHSLER & SON, INC., Appellant.— Order granting petitioner's motion for an order directing that the parties proceed to arbitration unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

I. FRANK & SONS, INC., Respondent, v. JULIUS KLAUBER, Doing Business, etc., Defendant, Impleaded with STANDARD OIL COMPANY OF NEW YORK (Changed to SOCONY-VACUUM OIL COMPANY, INCORPORATED), Appellant.— Order, so far as appealed from, granting plaintiff's motion for an examination of defendant-appellant before trial as to items 4 and 5 of plaintiff's notice of motion, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy and O'Malley, JJ.

SAMUEL ROBINSON, Individually and as President of Local Union No. 125, a Voluntary Unincorporated Association of More Than Seven Members Affiliated with the International Union of Operating Engineers, Appellant, v. CHARLES A. JOHNSON, JR., Individually and as President of the Dock and Pier Carpenters, a Voluntary Unincorporated Association of More Than Seven Members Affiliated with the District Council of Carpenters, Local Union No. 1456, and Others, Respondents, Impleaded with Others.— Order denying plaintiff's motion for an order appointing a referee to take the deposition of Samuel Rutledge unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.